In the Matter of the Judicial Settlement of the Account of HELEN EDNA McLAUGHLIN, as Trustee of the Last Will and Testament of WILLIAM W. McLAUGHLIN, Deceased.— Motion for leave to appeal to the Court of Appeals from the order of this court entered September 3, 1940, in so far as it affirmed the decree of the Surrogate's Court, New York County, dated December 15, 1938, granted. [See *ante*, p. 43.] Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Judicial Settlement of the Account of HELEN EDNA McLAUGHLIN, as Trustee of the Last Will and Testament of WILLIAM W. McLAUGHLIN, Deceased.— Motion for leave to appeal to the Court of Appeals from the order of this court entered September 3, 1940, in so far as it affirmed the decree of the Surrogate's Court, New·York County, dated December 28, 1938, granted. [See *ante*, p. 43.] Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

CELIA LIFSHUTZ, Suing on Behalf of COMMUNITY WATER SERVICE COMPANY, etc., v. JOHN C. ADAMS and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 72.] Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

EMMA A. BRAUNWORTH v. CHARLES A. BRAUNWORTH.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 113.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

HELEN ANNAS v. THOMAS E. MURRAY, as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

WINIFRED WARREN, INC., and Another v. TURNER'S GOWNS, LTD., and Another. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

## (October 11, 1940.)

HENRY B. WELSH, Respondent, v. MARGARETTA K. FRASER JACOBUS, Appellant, and MARIE HAGERDORN ROBARE, Individually and Either as Guardian or Trustee of HARRY KINGSLAND WELSH under the Last Will and Testament of HENRY BRADSHAW WELSH, Deceased, and HARRY KINGSLAND WELSH, Respondents.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

DORA FELDMAN, Individually and as Administratrix, etc., of SAM FELDMAN, Deceased, with Authority Limited to the Prosecution of This Action, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.